United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-41153
Conference Calendar

_____

UNITES STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CARLOS MELO FLORES,
also known as Roberto Hernandez Perez,

                                        Defendant-Appellant.

--------------------

Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-02-CR-140-1

--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender ("FPD") appointed to represent

Carlos Melo Flores ("Flores") on appeal has moved for leave to

withdraw as counsel and has filed a brief as required by Anders

v. California, 386 U.S. 738 (1967).  Flores has not filed a

response to counsel's motion and brief.  Our independent review

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

of the record discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.